Cause No. D-1-GN-25-002549

10/21/2025 1:39 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-25-002549
Selina Hamilton

| | | |
|---|---|---|
| TOBY KEETON, | § | IN THE DISTRICT COURT OF |
| *Plaintiff,* | § | |
| | § | |
| v. | § | TRAVIS COUNTY, TEXAS |
| | § | |
| TEXAS RACING COMMISSION, | § | |
| *Defendant.* | § | 353RD JUDICIAL DISTRICT |

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
10/21/2025 3:46:38 PM
CHRISTOPHER A. PRINE
Clerk

## NOTICE OF APPEAL TO THE FIFTEENTH COURT OF APPEALS

1. Cause No. D-1-GN-25-002549, styled *Toby Keeton v. Texas Racing Commission*, was filed in the 353rd Judicial District Court of Travis County, Texas.

2. On October 9, 2025, the Hon. Aurora Martinez Jones, presiding of the 126th District Court of Travis County, signed an order denying Texas Racing Commission's (Commission) Plea to the Jurisdiction with respect to Toby Keeton's (Keeton) due-process and rule-applicability challenge. The Court also determined that Keeton alleged facts sufficient to support a claim that the Commission's application of Texas Occupations Code section 2034.002, including the resulting application of 16 Texas Administrative Code sections 307.62, 319.3, and 319.304, was unconstitutional.

3. The Commission desires to appeal the October 9, 2025, order that denied its Plea to the Jurisdiction.

4. This interlocutory appeal is permitted pursuant to Texas Civil Practice and Remedies Code section 51.014(a)(8). Pursuant to Texas Rule of Appellate Procedure 28.1(a), this interlocutory appeal is an accelerated appeal.

Respectfully Submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

ERNEST C. GARCIA
Chief, Administrative Law Division

/s/ *Lauren McGee*
LAUREN MCGEE
State Bar No. 24128835
Assistant Attorney General
Administrative Law Division
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone:  (512) 475-3203
Lauren.McGee@oag.texas.gov

ATTORNEYS FOR DEFENDANT TEXAS RACING COMMISSION

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Notice of Appeal has been served on October 21, 2025, in compliance with Texas Rule of Civil Procedure 21a to the following party:

CLARK O. BREWSTER
State Bar No. 786841
JOSEPH C. DE ANGELIS
Admitted Pro Hac Vice
Brewster & De Angelis, PLLC
2617 E. 21st Street
Tulsa, OK 74114
Telephone: (918) 742-2021
cbrewster@brewsterlaw.com
jcdeangelis@brewsterlaw.com

DON GRIFFIN, JR.
State Bar No. 08456975
Vinson & Elkins, LLP
845 Texas St., Ste 4700
Houston, TX 77002-2946
Telephone: (713) 758-3508
dgriffin@velaw.com

ATTORNEYS FOR PLAINTIFF
TOBY KEETON

/s/ *Lauren McGee*
LAUREN MCGEE
Assistant Attorney General

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jennifer Foster on behalf of Lauren McGee
Bar No. 24128835
jennifer.foster@oag.texas.gov
Envelope ID: 107104614
Filing Code Description: Notice of Appeal
Filing Description: NOTICE OF APPEAL
Status as of 10/21/2025 3:38 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jennifer Foster | | Jennifer.Foster@oag.texas.gov | 10/21/2025 1:39:34 PM | SENT |
| Marissa Rodriguez | | Marissa.rodriguez@traviscountytx.gov | 10/21/2025 1:39:34 PM | SENT |

Associated Case Party: TEXAS RACING COMMISSION

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Lauren McGee | | lauren.mcgee@oag.texas.gov | 10/21/2025 1:39:34 PM | SENT |
| Canon ParkerHill | | canon.hill@oag.texas.gov | 10/21/2025 1:39:34 PM | SENT |

Associated Case Party: TOBY KEETON

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Clark Brewster | | cbrewster@brewsterlaw.com | 10/21/2025 1:39:34 PM | SENT |
| Joseph DeAngelis | | jcdeangelis@brewsterlaw.com | 10/21/2025 1:39:34 PM | SENT |
| Don Griffin | 8456975 | dgriffin@velaw.com | 10/21/2025 1:39:34 PM | SENT |